AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL FONSECA | ) Case No: | 05-CR-20858 |
| | ) USM No: | 64670-004 |
| Date of Previous Judgment:   April 14, 2006 | ) Daniel Ecarius | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   April 14, 2006   months **is reduced to**   fifty-seven months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   28               Amended Offense Level:   23
Criminal History Category:  III           Criminal History Category:  III
Previous Guideline Range:   70  to  87  months   Amended Guideline Range:   57  to  71  months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  4-14-06   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   December 2, 2008

Effective Date:   same
(if different from order date)

PAUL C. HUCK
Printed name and title